**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | JOHN<br>First name<br><br>CHRISTOPHER<br>Middle name<br><br>SMYTH<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7517 |  |

Debtor 1    **JOHN CHRISTOPHER SMYTH** _____    Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☑ I have not used any business name or EINs.<br><br>Business name(s) _____<br><br>EINs _____ | ☐ I have not used any business name or EINs.<br><br>Business name(s) _____<br><br>EINs _____ |
| **5.** **Where you live** | **7625 Concord Heights Street**<br>**Las Vegas, NV 89149**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>   Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>   Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

Debtor 1   **JOHN CHRISTOPHER SMYTH**                                              Case number *(if known)*

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

☐ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

■ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

☐ No.  Go to line 12.

■ Yes.  Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    **JOHN CHRISTOPHER SMYTH**                                    Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **JOHN CHRISTOPHER SMYTH**                                    Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    JOHN CHRISTOPHER SMYTH                                    Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ JOHN CHRISTOPHER SMYTH**

| **JOHN CHRISTOPHER SMYTH** | | Signature of Debtor 2 |
|---|---|---|
| Signature of Debtor 1 | | |

Executed on    **November 21, 2019**                    Executed on _____
              MM / DD / YYYY                                           MM / DD / YYYY

Debtor 1    **JOHN CHRISTOPHER SMYTH**                                          Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | |
|---|---|
| **/s/ Seth D Ballstaedt** | Date    **November 21, 2019** |
| Signature of Attorney for Debtor | MM / DD / YYYY |

**Seth D Ballstaedt**
Printed name

**Ballstaedt Law**
Firm name

**9555 S Eastern Ave. Ste #285**
**Las Vegas, NV 89123**
Number, Street, City, State & ZIP Code

Contact phone    **(702) 715-0000**                    Email address    **help@bkvegas.com**

**11516 NV**
Bar number & State

---

```
JOHN CHRISTOPHER SMYTH
7625 Concord Heights Street
Las Vegas, NV 89149

Seth D Ballstaedt
Ballstaedt Law
9555 S Eastern Ave. Ste #285
Las Vegas, NV 89123

Aargon Agency
Acct No xxxxxx0558
8668 Spring Mountain Rd
Las Vegas, NV 89117

Aargon Agency Inc
Acct No xxxxxx0558
Attn: Bankruptcy
8668 Spring Mountain Road
Las Vegas, NV 89117

Aargon Agency Inc
Acct No xxxxxx5245
Attn: Bankruptcy
8668 Spring Mountain Road
Las Vegas, NV 89117

Act Collect
Acct No xxx0240
Po Box 5425
Boise, ID 83705

Ad Astra Recovery
Acct No xxx0823
7330 West 33rd Street North
Suite 118
Wichita, KS 67205

Allied Collection Services
Acct No xxxxx9101
3080 South Durango Drive
Suite 208
Las Vegas, NV 89117

Allied Collection Services
Acct No xxxxx8501
Attn: Bankruptcy
3080 South Durango Drive Suite 208
Las Vegas, NV 89117

AMCOL Systems, Inc.
Acct No xxxx6056
Amcol Systems, Inc.
Po Box 21625
Columbia, SC 29221
```

```
American Honda Finance
Acct No xxxxx6220
Po Box 168088
Irving, TX 75016

American Honda Finance
Acct No xxxxx6220
Attn: Bankruptcy
Po Box 168088
Irving, TX 75016

Bay Area Credit Services
Acct No xxxx1312
Attn: Bankruptcy
4145 Shackleford Road, Suite 330b
Norcross, GA 30093

Caine & Weiner
Acct No xxxx1469
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411

Coll Bur Inc
Acct No xxxxxxxxxxxx7876
Pob 846
Nampa, ID 83653

Coll Bur Inc
Acct No xxxxxxxxxxxx3375
Pob 846
Nampa, ID 83653

Credit Management, LP
Acct No xxxx0699
Attn: Bankruptcy
Po Box 118288
Carrolton, TX 75011

Credit Management, LP
Acct No xxxx0163
Attn: Bankruptcy
Po Box 118288
Carrollton, TX 75011

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0713
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773
```

```
Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxx0722
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxx0128
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxx0128
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxx1101
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxx1101
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxx0409
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxx0409
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxx0310
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxx0310
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773
```

```
Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0728
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0727
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0714
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0714
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx1112
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx1112
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0718
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept Of Ed/Navient
Acct No xxxxxxxxxxxxxxxxxx0718
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713
```

```
Devry Inc
Acct No xxxxxxxxxx5170
Student Accounts
3300 N Campbell Ave
Chicago, IL 60617

ERC/Enhanced Recovery Corp
Acct No xxxxx4986
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256

FMMR Investments, Inc
Acct No xxxxx4441
c/o Christopher J. Halcrow 10892
8985 S Eastern Ave #200
Las Vegas, NV 89123

Grant & Weber
Acct No xxxxxxxxxxxx7892
Attn: Bankruptcy
26575 W. Agoura Rd.
Calabasas, CA 91302

Grant & Weber
Acct No xxxxxxxxxxxx1855
Attn: Bankruptcy
26575 W. Agoura Rd.
Calabasas, CA 91302

Harris & Harris
Acct No xxxx8809
Attn: Bankruptcy
111 W Jackson Blvd  Ste 400
Chicago, IL 60604

I.c. System, Inc
Acct No xxxx2567
Attn: Bankruptcy
Po Box 64378
St. Paul, MN 55164

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
Acct No xxxxxxxx8003
Po Box 1999
Saint Cloud, MN 56302
```

```
Navient Solutions Inc
Acct No xxxxxxxxxxxxxxxxxx0318
Attn: Correspondence
Po Box 9640
Wilkes-Barr, PA 18773

Navient Solutions Inc
Acct No xxxxxxxxxxxxxxxxxx1116
Attn: Correspondence
Po Box 9640
Wilkes-Barr, PA 18773

Navient Solutions Inc
Acct No xxxxxxxxxxxxxxxxxx1116
Attn: Correspondence
Po Box 9640
Wilkes-Barr, PA 18773

Navient Solutions Inc
Acct No xxxxxxxxxxxxxxxxxx1017
Attn: Correspondence
Po Box 9640
Wilkes-Barr, PA 18773

Navient Solutions Inc
Acct No xxxxxxxxxxxxxxxxxx0925
Attn: Correspondence
Po Box 9640
Wilkes-Barr, PA 18773

Navient Solutions Inc
Acct No xxxxxxxxxxxxxxxxxx0727
Attn: Correspondence
Po Box 9640
Wilkes-Barr, PA 18773

Navient Solutions Inc
Acct No xxxxxxxxxxxxxxxxxx0728
Attn: Correspondence
Po Box 9640
Wilkes-Barr, PA 18773

Navient Solutions Inc
Acct No xxxxxxxxxxxxxxxxxx0310
Attn: Correspondence
Po Box 9640
Wilkes-Barr, PA 18773

Navient Solutions Inc
Acct No xxxxxxxxxxxxxxxxxx0310
Attn: Correspondence
Po Box 9640
Wilkes-Barr, PA 18773
```

```
Navient Solutions Inc
Acct No xxxxxxxxxxxxxxxxxx0409
Attn: Correspondence
Po Box 9640
Wilkes-Barr, PA 18773

Navient Solutions Inc
Acct No xxxxxxxxxxxxxxxxxx0409
Attn: Correspondence
Po Box 9640
Wilkes-Barr, PA 18773

Naviet
Acct No xxxxxxxxxxxxxxxxxx0713
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxxxxxx0827
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxxxxx0818
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxxxxx0526
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxx0722
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxx0128
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxx0128
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773
```

```
Naviet
Acct No xxxxxxxxxxxxxxxxxx1101
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxx1101
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxx0409
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxx0409
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxx0310
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxx0310
Po Box 9635
Wilkes Barre, PA 18773

Naviet
Acct No xxxxxxxxxxxxxxxxxx0728
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxx0727
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxx0714
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773
```

```
Naviet
Acct No xxxxxxxxxxxxxxxxxxx0714
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxxx1112
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxxx1112
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxxx0718
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Naviet
Acct No xxxxxxxxxxxxxxxxxxx0718
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 19773

Nevada Dept. of Taxations, Bankruptcy
555 E Washington Ave, #1300
Las Vegas, NV 89101

PlusFour Inc
Acct No xxx7377
Po Box 95846
Las Vegas, NV 89193

PlusFour Inc
Acct No xxx1803
Po Box 95846
Las Vegas, NV 89193

PlusFour Inc
Acct No xxx9087
Po Box 95846
Las Vegas, NV 89193

PlusFour Inc
Acct No xxx0490
Po Box 95846
Las Vegas, NV 89193
```

```
PlusFour, Inc.
Acct No xxx4128
Attn: Bankruptcy Department
Po Box 95846
Las Vegas, NV 89193

Russell Collection
Acct No xxxxxx0001
G 3285 Van Slyke Rd
Flint, MI 48507

Russell Collection
Acct No xxxxxx0002
G 3285 Van Slyke Rd
Flint, MI 48507

Russell Collection Agency, Inc.
Acct No xxxxxx0001
G-3285 Van Slyke Road
Flint, MI 48507

Russell Collection Agency, Inc.
Acct No xxxxxx0002
G-3285 Van Slyke Road
Flint, MI 48507

Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx0318
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873

Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx1116
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873

Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx1116
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873

Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx1017
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873

Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx0925
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873
```

```
Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx0727
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873

Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx0728
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873

Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx0310
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873

Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx0310
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873

Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx0409
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873

Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx0409
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873

Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx1112
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873

Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx1112
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873

Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx0718
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873
```

```
Sallie Mae
Acct No xxxxxxxxxxxxxxxxxx0718
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873

Social Security Administration
Off. of Regional Chief Counsel-Region IX
160 Spear Street, Suite 800
San Francisco, CA 94105-1545

Transworld Sys Inc/33
Acct No xxxx8025
Attn: Compliance Dept
Po Box 15618
Wilmington, DE 19850

Transworld Sys Inc/33
Acct No xxxx8027
Attn: Compliance Dept
Po Box 15618
Wilmington, DE 19850

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Vegas Valley Collectio
Acct No xxxxxxx2804
Po Box 98344
Las Vegas, NV 89193

Vegas Valley Collectio
Acct No xxxxxxx2804
Po Box 98344
Las Vegas, NV 89193

Wells Fargo Auto Finance
Acct No xxxxxxxxxxxxx0001
Attn: Bankruptcy
Po Box 29704
Phoenix, AZ 85038

Wells Fargo Auto Finance
Acct No xxxxxxxxxxxxx9001
Attn: Bankruptcy
Po Box 29704
Phoenix, AZ 85038

Wells Fargo Auto Finance
Acct No xxxxxxxxxxxxx0001
Attn: Bankruptcy
Po Box 29704
Phoenix, AZ 85038
```

```
Wells Fargo Auto Finance
Acct No xxxxxxxxxxxxx0001
Attn: Bankruptcy
Po Box 29704
Phoenix, AZ 85038

Wells Fargo Auto Finance
Acct No xxxxxxxxxxxxx0001
Attn: Bankruptcy
Po Box 29704
Phoenix, AZ 85038

Wells Fargo Bank
Acct No xxxxxx0017
Mac F82535-02f
Po Box 10438
DesMoines, IA 50306

Wffinancial/Wells Fargo
Acct No xxxxxxxxxxxxx9001
Attn: Bankruptcy 2nd Floor
Po Box 6995
Phoenix, AZ 85038
```